# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00261-CV

## In the Matter of D. F.

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY,
### NO. 37422, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant D.F. filed with this Court a motion to dismiss, requesting that this Court dismiss his appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant's Motion

Filed: August 29, 2003